**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 490 EAL 2017

Respondent

v.

CHRISTOPHER FLOURNEY,

Petitioner

:   Petition for Allowance of Appeal from
:   the Order of the Superior Court

**ORDER**

**PER CURIAM**

     **AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.